UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
KOSTOFF, DAWN M                     §      Case No. 13-49348
                                    §
            Debtor(s)               §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF THE U.S. BANKR. CT
          219 S. DEARBORN STREET
          7TH FLOOR
          CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/28/2014 in Courtroom 682,
          United States Courthouse
          219 South Dearborn Street
          Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/19/2014           By: /s/ Andrew J. Maxwell
                                              Trustee


ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
 §
KOSTOFF, DAWN M § Case No. 13-49348
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 2,000.00 |
| and approved disbursements of | $ | 30.00 |
| leaving a balance on hand of[1] | $ | 1,970.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 500.00 | $ 0.00 | $ 500.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 500.00 |
| Remaining Balance | $ 1,470.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,958.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 4,430.16 | $ 0.00 | $ 653.92 |
| 000002 | Capital One Bank (USA), N.A. | $ 1,506.33 | $ 0.00 | $ 222.34 |
| 000003 | Portfolio Recovery Associates, LLC | $ 2,402.02 | $ 0.00 | $ 354.56 |
| 000004 | Portfolio Recovery Associates, LLC | $ 1,620.38 | $ 0.00 | $ 239.18 |

Total to be paid to timely general unsecured creditors    $    1,470.00

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
                                    Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 13-49348-JBS
Dawn M Kostoff                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lhuley              Page 1 of 2              Date Rcvd: Aug 19, 2014
                              Form ID: pdf006           Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2014.
```
db          +Dawn M Kostoff,    5203 W Palmer,   #1E,   Chicago, IL 60639-3152
21418818    +ARM,   POB 129,   Thorofare, NJ 08086-0129
21375500    +Amex Dsnb,    9111 Duke Blvd,   Mason, OH 45040-8999
21375501    +Arnoldharris/Med Business Bureau,    Po Box 1219,   Park Ridge, IL 60068-7219
21418820    +Blitt & Gaines,    661 Glenn Ave.,   Wheeling, IL 60090-6017
21375503    +Cap One,   Po Box 5253,   Carol Stream, IL 60197-5253
21375504    +Capital 1 Bank,    Attn: Bankruptcy Dept.,   Po Box 30285,   Salt Lake City, UT 84130-0285
21785387     Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
21375505    +Cda/pontiac,    Attn:Bankruptcy,   Po Box 213,   Streator, IL 61364-0213
21375506    +Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
21375507    +Comenity Bank/Harlem Furniture,    Attention: Bankruptcy,   Po Box 182686,
              Columbus, OH 43218-2686
21375509    +Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
21375517   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery,    Attn: Bankruptcy,   Po Box 41067,
              Norfolk, VA 23541)
21418823    +Park West Family Physicians,    350 S. Northwest HW 200,   Park Ridge, IL 60068-4262
21375516    +Peoples Gas,   Attention: Bankruptcy Department,    130 E. Randolph 17th Floor,
              Chicago, IL 60601-6203
21418826     Quest Diagnostics,   PO Box 64804,   Baltimore, MD 21264-4804
21418827    +Resurrection Health Care,    2900 N. Lake Shore Drive,   Chicago, IL 60657-5640
21375519    +Td Bank Usa/targetcred,    Po Box 673,   Minneapolis, MN 55440-0673
21375520    +Wfs Financial/Wachovia Dealer Srvs,    Po Box 3569,   Rancho Cucamonga, CA 91729-3569
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21375499    +E-mail/PDF: recoverybankruptcy@afninet.com Aug 20 2014 01:37:10     Afni,   Attention: Bankruptcy,
              1310 Martin Luther King Dr,   Bloomington, IL 61701-1465
21696782     E-mail/PDF: mrdiscen@discoverfinancial.com Aug 20 2014 01:38:57     Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
21375508    +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 20 2014 01:38:57     Discover Fin Svcs Llc,
              Po Box 15316,   Wilmington, DE 19850-5316
21375510    +E-mail/Text: bknotice@erccollections.com Aug 20 2014 01:30:54     Enhanced Recovery Corp,
              Attention: Client Services,   8014 Bayberry Rd,   Jacksonville, FL 32256-7412
21375513    +E-mail/Text: bknoticing@grantweber.com Aug 20 2014 01:30:51     Grant & Weber,   Attn: Bankruptcy,
              26575 W. Agoura Rd.,   Calabasas, CA 91302-2975
21375518    +E-mail/Text: bankruptcy@sw-credit.com Aug 20 2014 01:30:51     Southwest Credit Syste,
              4120 International Parkway Suite 1100,   Carrollton, TX 75007-1958
                                                                                               TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21375502*   +Arnoldharris/Med Business Bureau,   Po Box 1219,   Park Ridge, IL 60068-7219
21375511*   +Enhanced Recovery Corp,   Attention: Client Services,   8014 Bayberry Rd,
              Jacksonville, FL 32256-7412
21375512*   +Enhanced Recovery Corp,   Attention: Client Services,   8014 Bayberry Rd,
              Jacksonville, FL 32256-7412
21375514*   +Grant & Weber,   Attn: Bankruptcy,   26575 W. Agoura Rd.,   Calabasas, CA 91302-2975
21375515*   +Grant & Weber,   Attn: Bankruptcy,   26575 W. Agoura Rd.,   Calabasas, CA 91302-2975
21418824*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,
              Norfolk, VA 23541)
22067354*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,
              Successor to TD BANK USA, N.A. (TARGET),   POB 41067,   Norfolk VA 23541)
22069032*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,
              successor to CAPITAL ONE BANK (USA), N.A,   PO Box 41067,   Norfolk, VA 23541)
21418828*   +Southwest Credit Syste,   4120 International Parkway Suite 1100,   Carrollton, TX 75007-1958
21418829*   +Td Bank Usa/targetcred,   Po Box 673,   Minneapolis, MN 55440-0673
21418830*   +Wfs Financial/Wachovia Dealer Srvs,   Po Box 3569,   Rancho Cucamonga, CA 91729-3569
                                                                                TOTALS: 0, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: lhuley              Page 2 of 2              Date Rcvd: Aug 19, 2014
                              Form ID: pdf006          Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2014                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2014 at the address(es) listed below:
              Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
               amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
               ustee@hotmail.com
              Joseph R Doyle     on behalf of Debtor Dawn M Kostoff joe@bizardoylelaw.com,
               jim@bizardoylelaw.com;nicole@bizardoylelaw.com;craig@bizardoylelaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                            TOTAL: 3
```